IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CHRISTOPHER LEE PRESIDENT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-25-537-D |
| | ) | |
| MARGARET GREEN, | ) | |
| | ) | |
| Defendant. | ) | |

# **ORDER**

Petitioner, Christopher Lee President, appearing *pro se*, sought habeas relief from a state court conviction, pursuant to 28 U.S.C. § 2254. The matter was referred to United States Magistrate Judge Suzanne Mitchell for initial proceedings consistent with 28 U.S.C. § 636(b)(1)(B) and (C).

On May 29, 2025, the magistrate judge issued a Report and Recommendation [Doc. No. 4], in which she recommends the transfer of this action to the United States District Court for the Northern District of Oklahoma, where jurisdiction exists because Petitioner is challenging a conviction from a state court located in that judicial district. *See* 28 U.S.C § 2241(d). The magistrate judge reasoned that "[i]t has been the experience of the federal district courts in Oklahoma that justice is normally better served by the adjudication of the case in the district where the conviction was obtained, since that is where the trial court officials and records are located." *See* Doc. No. 4, Report and Recommendation, at p. 2-3 (quoting *Hawkins v. Braggs*, No. CIV-20-153-HE, 2020 WL 1452945, at *1 (W.D. Okla. Feb. 24, 2020)).

Petitioner was expressly informed of his right to object to the Report, the procedure for doing so, and the consequences of failing to object. *See* Doc. No. 4, Report and Recommendation, at p. 3. Petitioner has neither timely objected nor sought additional time to do so.

Accordingly, the Court **ADOPTS** the magistrate judge's Report and Recommendation [Doc. No. 4]. In the interest of justice, the Court **TRANSFERS** this case to the United States District Court for the Northern District of Oklahoma for all further proceedings.

**IT IS SO ORDERED** this 30th day of June, 2025.

TIMOTHY D. DeGIUSTI
Chief United States District Judge